IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01561-RBJ-BNB

HEATHER DONAHUE,

 Plaintiff,

v.

MIDLAND FUNDING LLC and THOMAS F. FARRELL, P.C. d/b/a Farrell & Seldin,

 Defendants.

---

ORDER RE: UNOPPOSED MOTION TO DISMISS [ECF NO. 18]

---

 The Court, having reviewed Plaintiff's Motion [ECF No. 18] and being duly apprised of the premises, hereby grants the Plaintiff's motion and orders that the above captioned case be dismissed with prejudice.

 DATED this 2nd day of October, 2014.

BY THE COURT:

_signature_

_____

R. Brooke Jackson
United States District Judge
